E-filed on: 4/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE G. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MURRAY ZOOTA, President and CEO of Fremont Investment & Loan; et al.<br><br>　　　　Defendants. | No. C-09-00315 RMW<br><br>ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE AND SERVE AMENDED COMPLAINT<br><br>[Re Docket No. 12] |

　　By written order dated April 6, 2009, the court granted plaintiff until April 27, 2009 in which to file an amended complaint. Plaintiff has since sought an additional 30 days in which to file and serve the Amended Complaint. Plaintiff's unsigned letter request states that opposing counsel has stipulated to the additional 30 days. On April 24, 2009, the court's staff contacted defense counsel to determine if there was any opposition to plaintiff's request for additional time. Although defendants' counsel indicated that he had not stipulated to the additional time and would oppose the request, he has not yet filed any opposition papers. It is difficult to conceive of grounds sufficient to justify denying plaintiff's request for a brief enlargement of time in which to file an amended complaint. Accordingly, plaintiff's request is GRANTED. Plaintiff shall have until May 25, 2009 in which to file and serve the amended complaint.

DATED:　　　4/28/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE AND SERVE AMENDED COMPLAINT
No. C-09-00315 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for defendants who have appeared:**

Sung-Min Christopher Yoo    cyoo@adorno.com
John M. Sorich                        jsorich@adorno.com

**Notice of this document has been mailed to:**

Catherine G. Martin
435 Bellevue Street
Santa Cruz, CA 95060

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   4/28/09                                              TER
                                                        **Chambers of Judge Whyte**

ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE AND SERVE AMENDED COMPLAINT
No. C-09-00315 RMW
TER                                                                         2