E-filed on: **6/5/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE G. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MURRAY ZOOTA, President and CEO of Fremont Investment & Loan; et al.<br><br>    Defendants. | No. C-09-00315 RMW<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

By written order dated April 6, 2009, the court granted plaintiff until April 27, 2009 in which to file an amended complaint. At plaintiff's request, the court granted plaintiff further additional time, allowing her until May 25, 2009 in which to file and serve an amended complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint is hereby dismissed without prejudice. Judgment shall be entered in favor of defendants.

DATED:     6/5/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE
No. C-09-00315 RMW
TER

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for defendants who have appeared:**

3  Sung-Min Christopher Yoo    cyoo@adorno.com
   John M. Sorich              jsorich@adorno.com
4
   **Notice of this document has been mailed to:**
5
   Catherine G. Martin
6  435 Bellevue Street
   Santa Cruz, CA 95060
7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.
9

10
   **Dated:**    6/5/09                                          TER
11                                                        **Chambers of Judge Whyte**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE
No. C-09-00315 RMW
TER                                                2