E-filed on: 6/5/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE G. MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>MURRAY ZOOTA, President and CEO of Fremont Investment & Loan; et al.<br><br>  Defendants. | No. C-09-00315 RMW<br><br>JUDGMENT |

On June 5, 2009, the court dismissed this action without prejudice. THEREFORE,

IT IS HEREBY ADJUDGED that plaintiff take nothing by way of her complaint and that judgment be entered in favor of all defendants.

DATED:     6/5/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-00315 RMW
TER

1  **Notice of this document has been electronically sent to:**

2  **Counsel for defendants who have appeared:**

3  Sung-Min Christopher Yoo   cyoo@adorno.com
   John M. Sorich            jsorich@adorno.com

4

5  **Notice of this document has been mailed to:**

6  Catherine G. Martin
   435 Bellevue Street
   Santa Cruz, CA 95060

7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

11  **Dated:**       6/5/09                              TER
                                              **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

JUDGMENT
No. C-09-00315 RMW
TER                                      2